FILED
CLERK, U.S. DISTRICT COURT
NOV 18 2022
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Number: **8:22-MJ-00741** |
|---|---|
| Plaintiff(s), | |
| vs. | |
| **Brent E Shull** | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| Defendant(s). | |

**Southern** District of **Florida**
at **Fort Lauderdale**
*(City)*

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

☑ Supervised Release Violation Petition

☑ charging him or her with (brief description of offense): Violation of conditions of supervised release

The defendant has now:

☑ duly waived arrival of process.

☑ duly waived identity hearing before me on **11/18/2022**.

☑ Permanent detention has been ordered.

| 11/18/2022 | Karen E. Scott  *(signature)* |
|---|---|
| Date | United States Magistrate Judge |

====================================================================
**RETURN**

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

| _____ | _____ |
|---|---|
| Date | Deputy |